IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tewell, Charlene M

Printed: 5/13/08

Case Number: 06 B 06677
Judge: Squires, John H
Filed: 6/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 28, 2007
Confirmed: August 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,540.00 |  |
| Secured: |  | 799.12 |
| Unsecured: |  | 2,696.15 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,290.00 |
| Trustee Fee: |  | 343.66 |
| Other Funds: |  | 3,411.07 |
| Totals: | 10,540.00 | 10,540.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 3,290.00 | 3,290.00 |
| 2. | Private Capitol Group | Secured | 799.12 | 799.12 |
| 3. | Private Capitol Group | Secured | 5,917.05 | 0.00 |
| 4. | Capital One | Unsecured | 908.35 | 908.35 |
| 5. | Rx Acquisitions | Unsecured | 898.11 | 898.11 |
| 6. | Chase Bank | Unsecured | 192.60 | 192.60 |
| 7. | Rx Acquisitions | Unsecured | 697.09 | 697.09 |
| 8. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 9. | Marquette Radiology Associates | Unsecured | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | Medical Collections | Unsecured | | No Claim Filed |
| 12. | MCI Residential | Unsecured | | No Claim Filed |
| 13. | Arrow Financial Services | Unsecured | | No Claim Filed |
|  |  |  | $ 12,702.32 | $ 6,785.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 163.20 |
| 4.8% | 180.46 |
|  | $ 343.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Tewell, Charlene M

Printed:  5/13/08

Case Number:  06 B 06677
Judge:  Squires, John H
Filed:  6/8/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

